United States District Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD IRVING BECKMAN, *et al.*, | § § § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 2:23-CV-00034 |
| | § § | |
| REGINA CAELI, INC., *et al.*, | § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Plaintiffs' unopposed motion to continue the initial pretrial conference. (D.E. 11). After consideration, the motion is **GRANTED**. (D.E. 11). The April 6, 2023 initial pretrial conference is **CANCELED.** A new initial pretrial conference is set for **May 17, 2023, at 10:00 a.m.** before the undersigned. Counsel shall prepare and file a Rule 26(f) joint discovery/case management plan on or before **May 3, 2023.**

SO ORDERED.

                                                                                      _____
                                                                                      DAVID S. MORALES
                                                                                      UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
           March 28, 2023